# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>v.<br><br>**GERALD SCOTT COLLINS,**<br><br>*Defendant.* | **CRIMINAL ACTION NO.**<br>**3:24-cr-00034-TES-CHW** |

### ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL
### IN THE INTERESTS OF JUSTICE

Before the Court is Defendant Gerald Collins' Unopposed Motion for Continuance [Doc. 23]. On November 21, 2024, the Government obtained an indictment charging Defendant with Possession of Child Pornography in violation of 18 U.S.C. § 2252A(a)(5)(B) and (b)(2). [Doc. 1]. Defendant entered a plea of not guilty on January 15, 2025. [Doc. 16].

Defendant seeks a continuance because his counsel needs more time to review the discovery in this case. [Doc. 23, p. 1]. So as to avoid a miscarriage of justice, the Court **GRANTS** Defendant's Motion for Continuance [Doc. 23], and this case and its pretrial conference are **CONTINUED** to the Court's April term—beginning on April 21, 2025. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

[*signature and date on following page*]

**SO ORDERED**, this 4th day of February, 2025.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**
