IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GERALD COLLINS,<br><br>    *Defendant.* | CRIMINAL ACTION NO.<br>3:24-cr-00034-TES-CHW-1 |

**ORDER GRANTING UNOPPOSED MOTION TO CONTINUE**

Before the Court is Defendant Gerald Collins' Unopposed Motion to Continue Trial in the Interest of Justice [Doc. 29]. On November 21, 2024, the Grand Jury returned a one-count Indictment [Doc. 1] charging Defendant with Possession of Child Pornography in violation of 18 U.S.C. §§ 2252A(a)(5)(B) and (b)(2). The next day, Defendant pled not guilty at his arraignment and was detained pending trial. [Doc. 15]; [Doc. 16]; [Doc. 18]. The Court has continued this case three times, and Defendant now seeks a fourth continuance. [Doc. 29]; *see* [Doc. 28].

In support of his Motion, Defendant explains that he has hired an expert to analyze the voluminous data in this case and requests additional time to complete that review, finish ongoing defense investigations, and engage in potential plea negotiations. [Doc. 29, p. 2]. The Government does not oppose the requested continuance. [*Id.*].

The Court finds that granting Defendant's request serves the ends of justice. *See* 18 U.S.C. § 3161(h)(7)(A). The Court further finds that the ends of justice served by granting Defendant's request outweigh the interests of Defendant and the public in a speedy trial. *See id.* Specifically, failure to grant this continuance would deny Defendant "the reasonable time necessary for effective preparation, taking into account the exercise of due diligence." *Id.* at § 3161(h)(7)(B)(iv).

Accordingly, the Court **GRANTS** Defendant's Motion [Doc. 29], **CONTINUES** the Pretrial Conference until July 7, 2025, and **CONTINUES** the trial of this matter until August 11, 2025. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

**SO ORDERED**, this 2nd day of June, 2025.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**