# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br><br> v. <br><br> **GERALD COLLINS,** <br><br> *Defendant.* | **CRIMINAL ACTION NO.** <br> **3:24-cr-00034-TES-CHW-1** |

## ORDER GRANTING UNOPPOSED MOTION TO CONTINUE

Before the Court is Defendant Gerald Collins' Unopposed Motion to Continue Trial in the Interest of Justice [Doc. 31]. On November 21, 2024, the Grand Jury returned a one-count Indictment [Doc. 1] charging Defendant with Possession of Child Pornography in violation of 18 U.S.C. §§ 2252A(a)(5)(B) and (b)(2). The next day, Defendant pled not guilty at his arraignment and was detained pending trial. [Doc. 15]; [Doc. 16]; [Doc. 18]. The Court has continued this case four times, and Defendant now seeks a fifth continuance. [Doc. 31]; *see* [Doc. 30, p. 1].

Defense counsel explains that she has had to hire an expert to analyze the voluminous discovery in this case and has sent the cellbrite data to a private investigator for review. [Doc. 31, p. 2]. She requests additional time for the defense team to complete its investigations and to engage in plea negotiations. [*Id.*]. The Government does not oppose the requested continuance. [*Id.*].

The Court finds that granting Defendant's request serves the ends of justice. *See* 18 U.S.C. § 3161(h)(7)(A). The Court further finds that the ends of justice served by granting Defendant's request outweigh the interests of Defendant and the public in a speedy trial. *See id.* Specifically, failure to grant this continuance would deny Defendant "the reasonable time necessary for effective preparation, taking into account the exercise of due diligence." *Id.* at § 3161(h)(7)(B)(iv).

Accordingly, the Court **GRANTS** Defendant's Motion [Doc. 31], **CONTINUES** the Pretrial Conference until August 4, 2025, and **CONTINUES** the trial of this matter until September 22, 2025. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

**SO ORDERED**, this 7th day of July, 2025.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**
