# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br><br> v. <br><br> **GERALD COLLINS,** <br><br> *Defendant.* | **CRIMINAL ACTION NO.** <br> **3:24-cr-00034-TES-CHW-1** |

### ORDER GRANTING UNOPPOSED MOTION TO CONTINUE

Before the Court is Defendant Gerald Collins' Seventh Unopposed Motion to Continue Trial in the Interest of Justice [Doc. 35]. On November 21, 2024, the Grand Jury returned a one-count Indictment charging Defendant with Possession of Child Pornography in violation of 18 U.S.C. §§ 2252A(a)(5)(B) and (b)(2). [Doc. 1]. The next day, Defendant pled not guilty at his arraignment and was detained pending trial. [Doc. 13]; [Doc. 15]; [Doc. 16].

Although this case has been continued numerous times, Defendant explains that more time is needed for his expert to review and analyze the voluminous data turned over in discovery so that possible defenses against the crime charged in this case can be evaluated. [Doc. 35, p. 2]; *see also* [Doc. 34, pp. 2–3]. Defendant also requests additional time to complete the necessary investigations and engage in plea negotiations. [Doc. 35, p. 3]. Defense counsel anticipates that this continuance will allow sufficient time to

finalize plea negotiations and make final preparations for trial, if necessary. [Doc. 35, p. 3]. The government does not oppose the requested continuance. [*Id.*].

The Court finds that granting another continuance serves the ends of justice. *See* 18 U.S.C. § 3161(h)(7)(A). The Court further finds that the ends of justice served by granting Defendant's request outweigh the interests of Defendant and the public in a speedy trial. *See id.* Specifically, failure to grant this continuance would deny Defendant "the reasonable time necessary for effective preparation, taking into account the exercise of due diligence." *Id.* at § 3161(h)(7)(B)(iv).

Accordingly, the Court **GRANTS** Defendant's Motion [Doc. 35], **CONTINUES** the Pretrial Conference until **November 10, 2025**, and **CONTINUES** the trial of this matter until **December 15, 2025**. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

**SO ORDERED**, this 27th day of August, 2025.

S/ Tilman E. Self, III  
**TILMAN E. SELF, III**  
**UNITED STATES DISTRICT JUDGE**